IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN TROY WOLTZ,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 24-CV-6702** |
| | : | |
| **SUSAN GOOD,** *et al.*, | : | |
| Defendants. | : | |

# ORDER

AND NOW, this 19th day of December, 2024, upon consideration of Plaintiff Brian Troy Woltz's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Amended Comprehensive Complaint (ECF No. 2), "Urgent Motion for Immediate Intervention" (ECF No. 3), three pleadings labeled "Supplemental Motion for Immediate Removal, Protective Federal Jurisdiction, and Emergency Relief" (ECF Nos. 5, 6. 7), and an "Emergency Motion for Temporary Restraining Order and Stay of Execution" (ECF No. 8), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. Woltz's "Urgent Motion for Immediate Intervention" (ECF No. 3), three pleadings labeled "Supplemental Motion for Immediate Removal, Protective Federal Jurisdiction, and Emergency Relief" (ECF Nos. 5, 6. 7), and an "Emergency Motion for Temporary Restraining Order and Stay of Execution" (ECF No. 8) are **DENIED**.

5.  *Good v. Woltz*, No. 2024-02434 (C.P. Bucks), *Woltz v. Good*, No. 2024-04334 (C.P. Bucks), and Bucks County case number 2024-06720 are **REMANDED** to the Court of Common Pleas of Bucks County pursuant to 28 U.S.C. § 1447(c).

6.  Within fifteen (15) days of the date of this Order, Brian Troy Woltz shall file a "Response to Order to Show Cause" not to exceed ten (10) pages stating why this Court should not, for the reasons articulated in the Court's Memorandum, enter a pre-filing injunction directing the Clerk of Court to refuse to accept future new cases he seeks to file in this Court that seek to have this Court intervene in his state court landlord-tenant case or seek to remove a case over which this Court may not exercise jurisdiction, regardless of the relief sought.

7.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/S/ Kai N. Scott
**KAI N. SCOTT, J.**