IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN TROY WOLTZ,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 24-CV-6702** |
| | : | |
| **SUSAN GOOD,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 10th day of January, 2025, upon consideration of Plaintiff Brian Troy Woltz's Response to Show Cause Order (ECF No. 15), and for the reasons stated in the attached Memorandum, it is **ORDERED** that:

1. Woltz is **ENJOINED** from (1) filing any civil actions concerning in his state court landlord-tenant case and (2) attempting to remove his state court landlord-tenant case, *Good v. Woltz*, No. 2024-02434 (C.P. Bucks), to this Court. This injunction includes, but is not limited to cases raising claims that have already been dismissed, or that names a party against whom Wolz has already brought a case that has been dismissed, regardless of the relief sought. The injunction does not apply to any notice of appeal of this Order.

2. The Clerk of Court **SHALL NOT DOCKET** any new or removed case filed by Woltz that raises any claims covered by this injunction.

3. If Woltz submits any new cases to this Court that are covered by this injunction, the Clerk of Court is **DIRECTED** to return those papers to Woltz along with a copy of this Order. If Woltz submits a new Complaint that is only partially covered by this injunction, the Clerk of Court shall return the filing to Woltz without docketing it. In such a case, Woltz may resubmit the filing for docketing so long as it only raises claims that are not covered by this

injunction.

                        **BY THE COURT:**

                        _/S/ Kai N. Scott_
                        **KIA N. SCOTT, J.**